IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

FILED ____ ENTERED
____ LODGED ____ RECEIVED

OCT 27 1999

CLERK ... COURT
DISTRICT OF MARYLAND
by ____ DEPUTY

| | | |
|---|---|---|
| ROSALIND JONES, et al., | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No.: CCB 98-2209 |
| BUGLE BOY INDUSTRIES, | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

### STIPULATION OF DISMISSAL
### AND ORDER OF SATISFACTION

Dear Clerk:

The above-captioned action having been settled, please enter this action PAID, AGREED and SATISFIED among the above parties, and then dismiss this action with prejudice.

_____
Norris C. Ramsey
Norris C. Ramsey, P.A.
2122 Maryland Avenue
Baltimore, Maryland  21218
(410) 752-1646
Attorney for Plaintiffs

_____
Linda S. Woolf
Goodell, DeVries, Leech & Gray, LLP
One South Street, 20th Floor
Baltimore, Maryland  21202
(410) 783-4000
Attorneys for Defendant, Bugle Boy Industries

_____
John L. Wood, Esquire
Niles, Barton & Wilmer
111 South Calvert Street, Suite 1400
Baltimore, Maryland  21202-6185
(410) 783-6346
Attorneys for Defendants, Prime Realty, LP
and Horizon Properties

"Approved" THIS 28 DAY OF October, 1999

_____
UNITED STATES DISTRICT JUDGE